# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134880

SALVADOR M. MENDEZ, JR.,
          Plaintiff-Appellee,

v

DAVID M. MENDEZ and
SYLVIA MENDEZ,
          Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134880
COA: 268610
Wayne CC: 04-402934-CH

_____/

On order of the Court, the application for leave to appeal the June 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk